## MOTION DOCKET

**87-684.** State v. Greer. *Summit County,* No. 12258. On motion for stay. Stay granted.

**87-1334.** State v. DePew. *Butler County,* No. CA85-07-075. On motion for stay. Motion granted.

**87-1883.** Moellering v. Cincinnati. *Hamilton County,* No. C-860654. On motion to adjust costs and correct clerical error. Motion granted.

Holmes and Resnick, JJ., not participating.

**88-15.** Edwards v. AT&T Technologies. *Franklin County,* No. 86AP-831. *Sua sponte,* cause set for oral argument.

**88-353.** State v. Brooks. *Summit County,* No. 13112. On motion to supplement brief. Motion granted.

**88-982.** Investors Reit One v. Jacobs. *Franklin County,* Nos. 86AP-118 and 86AP-119. On motion to amend brief. Motion granted.

Wright and H. Brown, JJ., not participating.

**88-1074.** State v. Hutton. *Cuyahoga County,* No. 51704. On motion to file cross-appeal and memorandum in support of cross-appeal instanter. Motion granted.

**88-1088.** State v. Cohen. *Lake County,* No. 12-011. On motion to amend brief. Motion granted. On motion for appointment of counsel. Motion granted.

Holmes, J., dissents.

Douglas, J., would remand to the court of appeals for that court to appoint current counsel.

**88-1206.** McManus v. Eaton Corp. *Stark County,* No. CA-7346. On motion to strike. Motion granted.

**88-1243.** Rossford Exempted Village Dist. v. State Bd. of Edn. *Franklin County,* No. 86AP-1166. On motion for leave to file instanter *amicus* of Ohio School Boards Assn. Motion granted.

**88-1258.** State v. Grewell. *Coshocton County,* No. 87-CA-18. On motion for leave to file *amicus* of Cuyahoga County Criminal Defense Lawyers Assn. and Ohio Assn. of Criminal Defense Lawyers. Motion granted.

**88-1262.** State, ex rel. Climer, v. Indus. Comm. *Franklin County,* No. 87AP-309. On motion for stay of appeal and for release of portion of record. Motion granted.

**88-1373.** Senediak v. Senediak. *Mahoning County,* No. 86 C.A. 168. On motion for stay. Motion denied.

**88-1439.** State v. Ellis. *Franklin County,* No. 87AP-1099. On motion for leave to file *amicus* of Ohio Prosecuting Attorneys Assn. Motion granted.

**88-1476.** State v. Johnson. *Hamilton County,* Nos. C-860727 and C-860728. On motion to supplement original papers or in the alternative to object to filing. Motion denied.

Holmes and Wright, JJ., dissent.

**88-1516.** Crosby v. Beam. *Lucas County,* No. L-87-198. On motion for leave to file *amicus* of Terrence Morris. Motion granted.

Moyer, C.J., Holmes and Resnick, JJ., dissent.

**88-1823.** State v. Gibson. *Portage County,* No. 1738. On motion for stay. Motion denied.

**88-1906.** Downing v. Downing. *Allen County,* No. 1-88-43. On motion for leave to file memorandum in support instanter. Motion denied.

Holmes and Wright, JJ., dissent.

**88-1961.** State v. Keyes. *Lake County,* No. 12-122. On motion for withdrawal of counsel. Motion granted. *Sua sponte,* Lake County Public Defender appointed.